UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL J STRANDQUIST,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendant. | Case No. 3:23-cv-05071-TMC<br><br>COURT'S PROPOSED NEUTRAL STATEMENT OF THE CASE |

**I.   COURT'S PROPOSED NEUTRAL STATEMENT OF THE CASE**

The Plaintiff in this case is Dr. Randall J. Strandquist. The Defendant in this case is the Washington State Department of Social and Health Services (DSHS).

Dr. Strandquist worked as a forensic evaluator at Eastern State Hospital. DSHS terminated his employment in the fall of 2021 after the Governor of Washington required state employees to be vaccinated against COVID-19. Dr. Strandquist declined to receive the vaccination based on a religious objection.

Dr. Strandquist claims in this lawsuit that DSHS wrongfully terminated his employment because it failed to reasonably accommodate his religious beliefs. Before trial, the parties agreed that Dr. Strandquist has met his burden to prove that he had a sincere religious belief that

conflicted with the requirement of his job that he be vaccinated, that he informed DSHS about the conflict between his beliefs and the job requirement, and that DSHS ended his employment because of his inability to fill that job requirement.

During this trial, the burden will be on DSHS to prove its defenses to Dr. Strandquist's claims. DSHS contends that it offered Dr. Strandquist a reasonable accommodation for his religious beliefs when it offered to transfer him to a different job where he could telework. DSHS also contends that the accommodations sought by Dr. Strandquist to keep working in his original position created an undue hardship for the agency.

Dated this 19th day of August, 2025.

Tiffany M. Cartwright
United States District Judge